# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RANDOLPH K. BECK, )<br>)<br>    Plaintiff, )<br>)<br>VS. )<br>)<br>CSX TRANSPORTATION, INC., )<br>)<br>    Defendants. ) | NO.  09-CV-001-WDS |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 20, 2010, this case is **DISMISSED** with prejudice.  Each party shall bear its own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


BY:   /s/*Cheryl A. Ritter*
      **Deputy Clerk**

Dated: 30 November 2010


APPROVED: WILLIAM D. STIEHL
              U. S. DISTRICT JUDGE